THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CYNTHIA REDDICK,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

3:21-CV-1782
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 3RD DAY OF NOVEMBER, 2022, upon review of Magistrate Judge Karoline Mehalchick's Report & Recommendation ("R&R") (Doc. 24) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 24) is **ADOPTED** for the reasons discussed therein.
2. Plaintiff's Appeal is **DENIED**.
3. The Commissioner of Social Security's decision is **AFFIRMED**.
4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge